UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>SPGGC, Inc.</u>

    v.                    Civil No. 04-cv-420-SM

<u>Kelly A. Ayotte, NH Attorney General</u>

-----

ORDER

Re: Document No. 52, Motion to Compel Compliance with Confidentiality Order

Ruling: On September 7, 2005 Chief Judge McAuliffe entered an order that "(e)ach party shall abide by the Stipulated Confidentiality Agreement and Protective Order' endorsed by this Court on this day."  No further order is required to compel the state and its attorneys to comply with the terms of the protective order.  Since no sanctions were sought none are granted.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        U.S. Magistrate Judge

Date:  November 3, 2005

cc:   Margaret M. Pinkham, Esq.
      Paul W. Shaw, Esq.
      Marc R. Scheer, Esq.
      David A. Rienzo, Esq.